# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**414**
**CA 16-01522**
PRESENT: CENTRA, J.P., CARNI, LINDLEY, CURRAN, AND TROUTMAN, JJ.

---

SUE STOYELL, AS TRUSTEE OF STOYELL LIVING TRUST,
PETITIONER-RESPONDENT,

V                                                                    ORDER

LISA F. BRESEE, RESPONDENT-APPELLANT.

---

LEGAL SERVICES OF CENTRAL NEW YORK, INC., SYRACUSE (TRISTA F. O'HARA
OF COUNSEL), FOR RESPONDENT-APPELLANT.

BOYLE & ANDERSON, P.C., AUBURN (MICHAEL D. QUILL, JR., OF COUNSEL),
AUBURN, FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Cayuga County Court (Thomas G. Leone, J.), entered April 29, 2016. The order affirmed a judgment of the Town of Sempronius Justice Court entered on July 8, 2015.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  March 24, 2017                          Frances E. Cafarell
                                                  Clerk of the Court